**OTKUPMAN LAW FIRM,**
**A LAW CORPORATION**
ROMAN OTKUPMAN (SBN 249423)
Roman@OLFLA.com
NIDAH FARISHTA (SBN 312360)
Nidah@OLFLA.com
5743 Corsa Ave, Suite 123
Westlake Village, CA 91362
Telephone: (818) 293-5623
Facsimile (888) 850-1310

Attorney for Plaintiff,
DULCE GARCIA-ORTIZ, on behalf of herself and others similarly situated, and on behalf of the general public

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DULCE GARCIA-ORTIZ, on behalf of herself and others similarly situated, and on behalf of the general public,<br><br>　　　　　Plaintiffs,<br>　v.<br><br>JANCO FS 3, LLC, A Delaware Limited Liability Company, JANCO FS3, LLC (DBA VELOCITI SERVICES), a Delaware Limited Liability Company, and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No. 3:24-cv-00239-TLT<br><br>**PLAINTIFF'S NOTICE OF MOTION FOR PRELIMINARY APPROVAL OF CLASS AND REPRESENTATIVE ACTION SETTLEMENT AND PROVISIONAL CERTIFICATION OF CLASS**<br><br>Date:　　　　April 29, 2025<br>Time:　　　　2:00 p.m.<br>Courtroom:　9, 19th Floor<br>Judge:　　　Hon. Trina L. Thompson<br><br>[*Filed concurrently with Memorandum of Points and Authorities; Declaration of Roman Otkupman; Declaration of Plaintiff Dulce Garcia-Ortiz; and [Proposed] Order*] |

---

PLAINTIFF'S NOTICE OF MOTION FOR PRELIMINARY APPROVAL OF CLASS AND REPRESENTATIVE
ACTION SETTLEMENT AND PROVISIONAL CERTIFICATION OF CLASS

**TO ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on the date and time as set forth above, or as soon thereafter as the matter may be heard, in Courtroom 9 of the United States District Court for the Northern District of California, located at 450 Golden Gate Avenue, San Francisco, California 94102, Plaintiff, Dulce Garcia-Ortiz, on behalf of herself and all others similarly situated ("Plaintiffs"), as proposed representative of the class, will and hereby does move this Court of the following:

1. Preliminary and conditional certification of the Class as described in the proposed Class Action and PAGA Settlement Agreement ("Settlement Agreement") (attached as **Exhibit B** to the declaration of Roman Otkupman filed concurrently herewith) between Plaintiff and Defendant for purposes of settlement;

2. Preliminary approval of Plaintiff Dulce Garcia-Ortiz as Class Representative;

3. Preliminary approval of Otkupman Law Firm, A Law Corporation, as Class Counsel.

4. Preliminary approval of a settlement of claims as set forth in the Settlement Agreement;

5. Approval as to the form and content of the proposed Class Notice in the form attached as **Exhibit C** to the declaration of Roman Otkupman filed concurrently herewith, or in a form otherwise approved by the Court;

6. Preliminary approval of the Gross Settlement Amount of One Hundred Ninety Thousand Dollars ($190,000.00);

7. Approval of Apex Class Action Administration ("Apex") as Settlement Administrator and the costs of administration of the settlement for an amount up to Six Thousand Five Hundred Dollars ($6,500.00);

8. Preliminary approval of the Class Representative Enhancement Payment to Named Plaintiff Dulce Garcia-Ortiz in the amount of Seven Thousand Five Hundred Dollars ($7,500.00);

9. Preliminary approval of the application for payment to Class Counsel of reasonable attorney's fees in the amount of 33 and 1/3% of the Gross Settlement Amount, or Sixty-Three Thousand Three Hundred Twenty-Seven Dollars ($63,327.00) and costs in the amount of actual costs incurred;

10. Preliminary approval of PAGA penalties in the amount of Fifteen Thousand Dollars ($15,000.00) Seventy-five percent (75%) of this amount, or Eleven Thousand Two Hundred Fifty Dollars ($11,250.00) will be paid to the California Labor & Workforce Development Agency (LWDA) in satisfaction of any claim for penalties that may be owed to that agency under PAGA and twenty-five percent (25%) of this amount, or Three Thousand Seven Hundred Fifty Dollars

($3,750.00) will be distributed to the Aggrieved Employees in accordance with the Settlement Agreement; and

11.     Issuance of a schedule for implementation of the terms of the Settlement Agreement, including a date for a hearing for Final Approval of the Settlement;

The motion is based upon this Notice, the accompanying Memorandum of Points and Authorities, the Declaration of Roman Otkupman in support thereof, along with the attached settlement agreement and exhibits thereto, the Declaration of Plaintiff Dulce Garcia-Ortiz in support thereof, the proposed Order submitted herewith, all other records, pleadings and papers filed in this action and upon such other documentary and oral evidence or argument as may be presented to the court at the hearing of this motion.

Dated: February 27, 2025

**OTKUPMAN LAW FIRM,
A LAW CORPORATION**

By: _____
Roman Otkupman
Nidah Farishta
Attorney for Plaintiff,
DULCE GARCIA-ORTIZ, on behalf of herself and others similarly situated, and on behalf of the general public