Roman Otkupman, CSBN 249423
*Roman@OLFLA.com*
Nidah Farishta, CSBN 312360
*Nidah@OLFLA.com*
**OTKUPMAN LAW FIRM, A LAW CORPORATION**
5743 Corsa Ave., Suite 123,
Westlake Village, CA 91362
Telephone: (818) 293-5623
Facsimile: (888) 850-1310

Attorney for Plaintiff,
DULCE GARCIA-ORTIZ, on behalf of herself and others similarly situated, and on behalf of the general public

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DULCE GARCIA-ORTIZ, on behalf of herself and others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>JANCO FS 3, LLC, A Delaware Limited Liability Company, JANCO FS3, LLC (DBA VELOCITI SERVICES), a Delaware Limited Liability Company, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 3:24-cv-00239-TLT<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS AND REPRESENTATIVE ACTION SETTLEMENT AND MOTION FOR AWARD OF ATTORNEY'S FEES, REIMBURSEMENT OF COSTS, AND SERVICE PAYMENT TO PLAINTIFF**<br><br>FINAL APPROVAL HEARING<br>Date:         November 18, 2025<br>Time:         2:00 p.m.<br>Courtroom: 9, 19th Floor<br>Judge:        Hon. Trina L. Thompson<br><br>[*Filed concurrently with Plaintiff's Memorandum of Points and Authorities in Support Thereof; Declaration of Roman Otkupman; Declaration of Plaintiff Dulce Garcia-Ortiz; Declaration of Stacey Shim; and [Proposed] Order and Judgment*] |

**TO ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on November 18, 2025 at 2:00 p.m., or as soon thereafter as the matter may be heard, in Courtroom 9 of the United States District Court for the Northern District of California, located at 450 Golden Gate Avenue, San Francisco, California 94102, Plaintiff Dulce Garcia-Ortiz, on behalf of herself and all others similarly situated ("Plaintiffs"), as proposed representative of the class, and on behalf of the state of California, will and hereby does move this Court for an Order granting final approval of the class and representative action settlement, which will accomplish the following:

1. Certifying the Class for settlement purposes;

2. Approving the settlement as embodied in the Class Action Agreement and Class Notice ("Settlement Agreement") between Plaintiff and Defendant as fair and reasonable, and finding that class members were given notice of the settlement, and advised of their right to participate in the settlement, object to the settlement, or exclude themselves from the settlement, in a reasonable manner;

3. Approving the Gross Settlement Amount of One Hundred Ninety Thousand Dollars ($190,000.00);

4. Appointing Plaintiff Dulce Garcia-Ortiz as Class Representative for settlement purposes and approving payment of Seven Thousand Five Hundred Dollars ($7,500.00) to Plaintiff Dulce Garcia-Ortiz for her services as Class Representative;

5. Approving Otkupman Law Firm, A Law Corporation, as Class Counsel for settlement purposes;

6. Approving payment to the Settlement Administrator, Apex Class Action, LLC ("Apex"), in the amount of Six Thousand Five Hundred Dollars ($6,500.00);

7. Approving Class Counsel's application for attorney's fees in the amount of 33 and 1/3% of the Gross Settlement Amount or Sixty-Three Thousand Three Hundred Twenty-Seven Dollars ($63,327.00) and final costs in the amount of Two Thousand Two Hundred Fifty-Six Dollars and Seventy-Six Cents ($2,256.76);

8. Approving PAGA penalties in the amount of Fifteen Thousand Dollars ($15,000.00) Seventy-five percent (75%) of this amount, or Eleven Thousand Two Hundred Fifty Dollars ($11,250.00) will be paid to the California Labor & Workforce Development Agency (LWDA) in satisfaction of any claim for penalties that may be owed to that agency under PAGA and twenty-five

percent (25%) of this amount, or Three Thousand Seven Hundred Fifty Dollars ($3,750.00) will be distributed to the Aggrieved Employees; and

9.    Entering judgment with a provision for this Court to retain continuing jurisdiction over the parties to the Settlement for the purpose of taking such other actions as may be necessary to enforce the Settlement;

The grounds for this motion, as set forth in the attached Memorandum of Points and Authorities and supporting declarations, are that this is a fair and reasonable settlement that benefits the class and was the product of informed non-collusive negotiations by the Parties who were represented by experienced and able counsel. See *Dunk v. Ford Motor Co.*, 48 Cal. App. 4th 1794, 1802 (1996).

This motion is based upon this Notice, the accompanying Memorandum of Points and Authorities, the Declaration of Roman Otkupman, the Declaration of Plaintiff Dulce Garica-Ortiz, the Declaration of Stacey Shim, and all other records, pleadings, and papers filed in this action, and upon such other documentary and oral evidence or argument as may be presented to this Court.

DATED: August 29, 2025          OTKUPMAN LAW FIRM,
                                A Law Corporation

                                By: _____
                                Roman Otkupman
                                Nidah Farishta
                                Attorney for Plaintiff,
                                DULCE GARCIA-ORTIZ, on behalf of herself and others similarly situated, and on behalf of the general public